United States District Court
Southern District of Texas
**ENTERED**
February 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SAMSON LWAKI §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>PANJWANI ENERGY, LLC §<br>    Defendant. § | Civil Action No. 4:16-cv-02116 |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

On this date came to be considered Plaintiff, Jane Lwaki a/k/a Jennifer Lwaki, individually and as the representative of the estate of Samson Lwaki and Defendant Panjwani Energy, LLC's Joint Stipulation of Dismissal of All Claims in the above-numbered and captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED that all claims by Plaintiff, Jane Lwaki a/k/a Jennifer Lwaki, individually and as the representative of the estate of Samson Lwaki against Defendant Panjwani Energy, LLC are hereby dismissed in their entirety with prejudice to the re-filing of same. This ORDER dismisses all claims by all parties.

It is further ORDERED that all costs herein incurred shall be taxed against the party incurring same. Any other relief not specified in this order is denied.

SO ORDERED this 12th day of February 2017.

HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE